UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

MACHIAS SAVINGS BANK,

Plaintiff

v.                                                    2:25-cv-00018-JAW

F/V "DESPERATE MEASURES II"
(O.N. 1111101) together with her masts,
boilers, cables, engines, machinery,
fishing permits, appurtenances, etc. *in
rem,*

and

LOGAN R. JONES and DESPERATE
MEASURES FISHERIES, *in personam,*

Defendants

## WARRANT FOR MARITIME ARREST *IN REM*

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MAINE OR ANY OF
HIS DEPUTIES, GREETINGS:

WHEREAS, a Verified Complaint in the above-styled *in rem* proceeding was filed with
this Court on January 21, 2025, upon an Admiralty and Maritime Claim against the *in rem*
defendant F/V "DESPERATE MEASURES II" (O.N. 1111101) together with her masts,
boilers, cables, engines, machinery, electronics, fishing permits, tackle, traps,
appurtenances, etc. in this District ("Vessel"); and

WHEREAS, upon the review of said Verified Complaint and motion of the Plaintiff, the
Court has determined that good cause exists to order the arrest and seizure of the Vessel
under the admiralty and maritime laws of the United States.

NOW THEREFORE, YOU ARE COMMANDED to arrest and attach the said Vessel and
detain her in your custody pending further order of the Court; and

YOU ARE HEREBY ORDERED to enter upon the Vessel and take necessary steps to take
possession of, and to move the Vessel including, without limitation, entering the place

where she is stored ashore, removing her from her mooring if applicable, causing her to be towed, piloted at sea, or transported on land, and to use such reasonable force as may be necessary to carry out such attachment and arrest and to obtain possession of the Vessel; and

YOU ARE DIRECTED pursuant to 46 U.S.C. § 31325(e)(2) to take possession of the Vessel even if she is in the possession or under the control of a person claiming a possessory common law lien.

Date and time issued:    12:38 pm, Jan 24 2025

_Clerk of Court Signature_

City and state:    Portland, Maine

Christa K. Berry   Clerk of Court
_Printed name and title_

<u>Note</u>: The claimant of the property seized shall file his Claim within fourteen (14) days after the Warrant has been executed and shall serve his answer within twenty-one (21) days after filing the Claim.