# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshals"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Machias Savings Bank | 2:25-cv-00018-JAW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| F/V "Desperate Measures II" | Warrant for Maritime Arrest in rem |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: F/V "Desperate Measures II" (O.N. 1111101)
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 777 River Road, Cushing, Maine

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Aaron P. Burns, Esq.
Pearce, Dow & Burns, LLP
P.O. Box 108
Portland, ME 04112

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

The Vessel is last known to be moored in Cushing, Maine. Please call Jason Hillman, Northeast Marine Survey at 207-841-4743 for more information about location and to coordinate the arrest. Journey's End Marina has been designated as the substitute custodian once the Vessel is arrested. She will need to be towed to Rockland. Nick O'Hara is the point of contact at Journey's End Marina - 207-594-0400.

Signature of Attorney: *Aaron P. Burns* on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 207-822-9900
DATE: 1/27/2025

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 036 | 036 | Kathy Charland | 2/7/2025 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

Date: 3/11/25
Time: 0926 [X] am [ ] pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS:
Seized and posted Vessel Desperate Measures II on 3/11/25
1 DUSM, 2 hours at $65.00 per hour = $130.00
78 miles 1 way = 156 miles round trip at $.70 per mile = $109.20
$239.20 Total

Form USM-2