March 17, 2025

To: U.S. Magistrate Judge John C. Nivison

From: Logan R. Jones

Case: #2:25-cv-00018-JAW

Marchias Savings Bank
v
F/V Desperate Measures II And Logan R. Jones And Desperate Measures Fisheries

Now comes Logan R. Jones, Defendant & Owner/Operator of F/V Desperate Measures II And Owner, President of Desperate Measures Fisheries Inc.

Claim of Ownership

I Logan Jones am the documented owner of F/V Desperate Measures II With Document #1111101

Thank you,

Logan R. Jones