**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| MACHIAS SAVINGS BANK,<br><br>  Plaintiff,<br><br>v.<br><br>*F/V DESPERATE MEASURES II* (O.N. 1111101)*,*<br><br>  Defendant. | Docket No. 2:25-cv-00018-JAW |

## ANSWER OF BANGOR SAVINGS BANK

Pursuant to this Court's *Order of Notice* [Dkt. No. 12], Bangor Savings Bank ("BSB") hereby answers the Verified Complaint filed by Machias Savings Bank as follows:

1. BSB lacks knowledge or information sufficient to form a belief about the allegations in paragraphs 1, 4-10, 12-29, and 31-45 of the Verified Complaint.

2. BSB admits the allegations in paragraphs 2-3, 11, and 30 of the Verified Complaint.

3. As set forth in its Notice of Claim [Dkt. No. 24], BSB holds a secured claim against F/V Desperate Measures III (O.N. 1111101) (the "Vessel") by virtue of its ship mortgage dated March 27, 2023. As of the date hereof, BSB's total claim secured by the Vessel is $475,586.46.

DATED: April 7, 2025      Respectfully submitted,

                */s/ Jeremy R. Fischer*
                Jeremy R. Fischer
                **DRUMMOND WOODSUM**
                84 Marginal Way, Suite 600
                Portland, Maine 04101-2480
                (207) 772-1941
                jfischer@dwmlaw.com

                *Attorneys for Bangor Savings Bank*